| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 04/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. | |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>RANDY SUE POLLOCK | 2a. CONTACT PHONE NUMBER<br>(510) 703-3370 | 3a. CONTACT EMAIL ADD<br>rsp@rspollockl |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER<br>(510) 703-3370 | 3b. ATTORNEY EMAIL AD<br>rsp@rspollockl |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>286 Santa Clara Avenue, Oakland, CA 94610 | 5. CASE NAME<br>US v. Horng and Lin | |

8. THIS TRANSCRIPT ORDER IS FOR:

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
_Summer Fisher_

☐ APPEAL ☑ CRIMINAL ☐ In forma pauperis (NOTE: Cour
☐ NON-APPEAL ☐ CIVIL    CJA: Do not use this form; use Fo

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS) | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | c. DELIVERY TYPE

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDIT (7-day) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/2018 | BLF | Trial | Deirde Garrison | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 05/08/2018 | BLF | Trial | Jovei Campbell | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| 05/09/2018 | BLF | Trial | Deirde Garrison | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE _Randy Pollock_       5-8-18      05

Clear Form