UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** September 17, 2019   **Time:** 10:38A.M. – 12:06P.M.   **Judge:** BETH LABSON FREEMAN
**Total Time:** 1 Hr 28 Minutes

**Case No.:** 5:15-cr-00065-BLF   **Case Name:** UNITED STATES v. Meili Lin, et al.

**Attorney for Plaintiff:** Michael Pitman and Chris Magnani
**Attorney for Defendant:** Randy Pollock for Meili Lin (1) - P/NC/I
  Christopher Cannon for Jhy-Chau Horng (2) - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Summer Fisher
**Interpreter:** M. Luong – Mandarin for Lin (1)   **Probation Officer:** Kyle Pollak

PROCEEDINGS

**STATUS CONFERENCE AS TO MEILI LIN (1)**

Status Conference held.

**PLEA AND SENTENCING HEARING AS TO JHY-CHUA HORNG (2)**

Plea and Sentencing Hearing held.
Defendant Horng (2) moves to withdraw Plea Agreement entered on 3/12/2019. The Court GRANTS the Defendant's request.
Defendant Horng (2) enters New Plea. Plea Agreement EXECUTED in Open Court. Defendant Horng (2) PLEADS GUILTY to COUNT 6 of the INDICTMENT filed on 1/28/2015.

Defendant Horng (2) is SENTENCED to TIME SERVED as to COUNT 6 of the INDICTMENT filed on 1/28/2015; Followed by a term of 3 years of Supervised Release.
The Court ORDERS Special Assessment in the amount of $100.00; and Forfeiture as stated on the record.

CASE CONTINUED TO: January 7, 2020 at 9:00 a.m. for Further Status as to Meili Lin (1) and Motion Hearing regarding Sentencing as to remaining Counts not yet Sentenced as to Jhy-Chau Horng (2); Government's Brief due by 11/4/2019, Defendant's Reply due by 12/6/2019

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Courtroom Deputy
Original E-Filed