1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5010
7      FAX: (408) 535-5081
       Michael.pitman@usdoj.gov
8
   Attorneys for United States of America
9
   CHRISTOPHER MAGNANI (Maryland)
10 Trial Attorney
   United States Department of Justice

**FILED**

NOV -1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:15-CR-00065-BLF |
| Plaintiff, | NOTICE OF DISMISSAL OF COUNT 5 |
| v. | |
| MEILI LIN A/K/A/ ALLY LIN, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count 5 of the Indictment against Defendant Meili Lin, only, without prejudice.

DATED:                                    Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney

                                          HALLIE HOFFMAN
                                          Chief, Criminal Division

NOTICE OF DISMISSAL OF COUNT 5
No. 5:15-cr-00065-BLF                                                           v. 7/10/2018

Leave is granted to the government to dismiss the indictment against Count 5 of the Indictment against Defendant Meili Lin, only.

Date: Nov 4, 2019

/s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
United States District Judge